**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Tashawnbe D. Lottie, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16 C 50271 |
| v. ) | |
| ) | Judge Iain D. Johnston |
| ) | |
| Sheriff Riportella #5098, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER, REPORT AND RECOMMENDATION

On February 15, 2018, the Court ordered Plaintiff, who is no longer incarcerated, to submit an updated *in forma pauperis* ("IFP") application showing his current financial and employment status [34]. Plaintiff was warned that failure to comply with the Court's order by March 15, 2018 would result in dismissal of this action. [*Id.*] As of the date of this order, Plaintiff has not complied. Additionally, there is nothing on the docket suggesting that Plaintiff did not receive the Court's February 15, 2018 order (which was sent to him at his last known address at 715 Alliance Avenue, Rockford, IL 61102), and Plaintiff has not otherwise communicated with the Court since then. Accordingly, it is this Court's Report and Recommendation that the case be dismissed for want of prosecution. Any objection to this Report and Recommendation must be filed by April 10, 2018. Failure to object may constitute a waiver of objection on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: March 27, 2018         By: _____
                                                Iain D. Johnston
                                                United States Magistrate Judge