# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Tashawnbe D. Lottie, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Sheriff Riportella #5098, )<br>)<br>Defendant. ) | Case No. 16 C 50271<br><br>Judge Philip G. Reinhard |

## ORDER

This matter comes before the court on the Order, Report and Recommendations ("R & R") [39] of Magistrate Judge Johnston recommending that the court dismiss this case for want of prosecution. The court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. *See* FED. R. CIV. P. 72(b)(3). The court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). In this case, the court has received no objections to the R & R (*see* [39], showing that objections were due by 4/10/18). The court has reviewed the record in this case and finds that the March 27, 2018 R & R is not clearly erroneous. Accordingly, the court adopts in its entirety Judge Johnston's R & R. Plaintiff's complaint is dismissed with prejudice for failure to prosecute. Final judgment will enter.

Date: 4/12/2018          ENTER:

*Philip G. Reinhard*
_____
United States District Court Judge

Notices mailed by Judicial Staff. (LC)